1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| MYRA BETTENCOURT, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:04-CV-6633 AWI LJO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 26, 2005, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1 | Dated: April 26, 2005                /s/ Gina Fazio

2 |                                                 GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: April 26, 2005

4 |                                        MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 27, 2005**               **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE