1 | McGREGOR W. SCOTT
  | United States Attorney
2 | KRISTI C. KAPETAN
  | Assistant U.S. Attorney
3 | 3654 Federal Building
  | 1130 "O" Street
4 | Fresno, California 93721
  | Telephone:  (559) 498-7316
5 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| MYRA BETTENCOURT, | ) | 1:04-cv-06633 AWI LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from September 9, 2005 to October 12, 2005.

///
///
///
///
///
///

1

1   This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                                    Respectfully submitted,

7 Dated: August 19, 2005

8                                    /s/ Gina M. Fazio
                                     (As authorized via facsimile)
                                     GINA M. FAZIO
9                                    Attorney for Plaintiff

11 Dated: August 19, 2005            McGREGOR W. SCOTT
                                     United States Attorney
12

14                                   /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
15                                   Assistant U.S. Attorney

19 IT IS SO ORDERED.

20 **Dated:    August 24, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2